# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Kiril Zahariev,<br><br>　　　　　Plaintiff,<br>　v.<br><br>North Island Baptist Church,<br><br>　　　　　Defendant. | Case No. 9:24-cv-326-RMG<br><br>**ORDER** |

Before the Court is the Report and Recommendation (R&R) of the Magistrate Judge recommending that the Court grant partial judgment on the pleadings. (Dkt. No. 148). Plaintiff has filed objections to the R & R. (Dkt. No. 150). After carefully reviewing the Third Amended Complaint, the R & R, and Objections, the Court finds that due to the intensive factual nature of the claims, it would be preferable to develop a record before addressing the merits of Plaintiff's various causes of action. Consequently, the Court declines to adopt the R & R and remands the matter to the Magistrate Judge to issue a scheduling order in this matter.

　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　s/ Richard Mark Gergel
　　　　　　　　　　　　　　　　　　　　　　　Richard Mark Gergel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

July 2, 2025
Charleston, South Carolina